## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Colleen  M.  Smith                                       CHAPTER

                          Debtor(s)

                                                BKY. NO. 22-12383 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of US Bank National Association, Not In Its Individual Capacity But Solely As Trustee of  LSF11 Master Participation Trust and index same on the master mailing list.

                                    Respectfully submitted,

                    /s/ *Michael Farrington*
                    Michael Farrington
                    05 Jan 2023, 10:50:24, EST


                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322