United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 22-12383-pmm

Colleen M. Smith                                                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                   User: admin                                                      Page 1 of 3

Date Rcvd: Feb 23, 2023                          Form ID: pdf900                                          Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Colleen M. Smith, 4620 Graystone Drive, Nazareth, PA 18064-8675 |
| cr | + | Fulton Bank, successor in interest to Lafayette Am, 360 Northampton Street, Easton, PA 18042-3514 |
| 14719825 | | Bryan P. Smith, 4620 Graystone Drive, Nazareth, PA 18064-8675 |
| 14730762 | + | Fulton Bank, c/o Rebecca J. Price, Norris McLaughlin P.A., 515 West Hamilton Street, Ste 502, Allentown, Pa 18101-1513 |
| 14719837 | | Landmark Landscape Contractors LLC, 4620 Graystone drive, Nazareth, PA 18064-8675 |
| 14719839 | | Lehigh Valley Health Network, P.O. Box 4067, Allentown, PA 18105-4067 |
| 14719841 | #+ | McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14719842 | + | Rebecca J. Price, Esq., Norris McLaughlin, P.A., 515 West Hamilton Street, Suite 502, Allentown, PA 18101-1513 |
| 14748813 | + | US Bank National Association,, As Trustee of LSF11 Master Participation, c/o MICHAEL PATRICK FARRINGTON, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 24 2023 00:05:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 24 2023 00:05:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 24 2023 00:05:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2023 00:13:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14719826 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2023 00:12:53 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14719827 | + | Email/Text: bankruptcy@cavps.com | Feb 24 2023 00:05:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14724641 | + | Email/Text: bankruptcy@cavps.com | Feb 24 2023 00:05:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14719828 | | Email/Text: dylan.succa@commercialacceptance.net | Feb 24 2023 00:05:00 | Commercial Acceptance Company, 2300 Gettysburg Rd., Suite 102, Camp Hill, PA 17011-7303 |
| 14719829 | | Email/PDF: DellBKNotifications@resurgent.com | Feb 24 2023 00:12:55 | Dell Financial Services, LLC, P.O. Box 81577, Austin, TX 78705-1577 |
| 14719840 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2023 00:12:47 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Feb 23, 2023 | Form ID: pdf900 | Total Noticed: 34

| Recip ID | Notice Type | Email Address | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Boulevard, Mason, OH 45040 |
| 14719830 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 24 2023 00:05:00 | Dept Of Ed/582/nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14719831 | + | Email/Text: mrdiscen@discover.com | Feb 24 2023 00:05:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14719833 | | Email/Text: bankruptcy@fult.com | Feb 24 2023 00:06:00 | Fulton Bank NA, 360 Northampton Street, Easton, PA 18042-3514 |
| 14719834 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2023 00:05:00 | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 14719836 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 24 2023 00:05:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14721109 | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 24 2023 00:05:00 | U.S. Bank Trust National Association, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14726918 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2023 00:05:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14735352 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2023 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14720279 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2023 00:12:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14719843 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2023 00:12:53 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14719844 | ^ | MEBN | Feb 24 2023 00:00:03 | U S Bank Trust NA, c/o Fay Servicing, P O Box 814609, Dallas, TX 75381-4609 |
| 14733174 | ^ | MEBN | Feb 24 2023 00:00:05 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14732515 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 24 2023 00:05:00 | U.S. Department of Education c/o Nelnet, 121 S 13th Street, Lincoln, NE 68508-1904 |
| 14719832 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 24 2023 00:05:00 | Elan Financial Services, P.O. Box 108, Saint Louis, MO 63166-0108 |
| 14748432 | ^ | MEBN | Feb 24 2023 00:00:16 | US Bank National Association, as Trustee, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14719835 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14719838 | * | Landmark Landscape Contractors, LLC, 4620 Graystone Drive, Nazareth, PA 18064-8675 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-4                                        User: admin                                        Page 3 of 3
Date Rcvd: Feb 23, 2023                                    Form ID: pdf900                                    Total Noticed: 34

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2023                           Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF11 Master Participation Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JOHN R.K. SOLT | on behalf of Debtor Colleen M. Smith jsolt.soltlaw@rcn.com  rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF11 Master Participation Trust mfarrington@kmllawgroup.com |
| REBECCA J. PRICE | on behalf of Creditor Fulton Bank  successor in interest to Lafayette Ambassador Bank rprice@thslaw.com, kbambary@nmmlaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Colleen M. Smith

                Debtor

Chapter 13

Bankruptcy No. 22-12383-PMM

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 23, 2023**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE